

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

May 8, 2026

**By Electronic Filing**

The Honorable Jessica S. Allen
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: *SEC v. Schessel,* No. 22-cv-03287-ES-JSA (D.N.J.)

Dear Judge Allen:

   Pursuant to the Court's Order dated March 9, 2026 (Dkt. No. 60), plaintiff U.S. Securities and Exchange Commission ("SEC"), defendant Marc S. Schessel ("Schessel"), and intervenor the United States of America (collectively the "parties"), write to set forth the parties' positions regarding the status of settlement discussions between the SEC and Schessel and the current stay of discovery in this matter.

   To further settlement discussions, the SEC and Schessel join in requesting that the stay of discovery remain in place until Schessel's sentencing in *United States v. Schessel,* No. 22-CR-374-ES (D.N.J.) (the "Criminal Case").  Although the SEC and Schessel hoped to be in a position to provide a more substantive update on settlement discussions in this joint letter, Schessel's sentencing in the Criminal Case, which was scheduled to occur on September 4, 2025, remains "adjourned until further notice." Criminal Case, Text Order, August 21, 2025.

   As we previously advised the Court, both parties intend to engage in settlement discussions promptly after Schessel is sentenced, given that the criminal sentence may inform the monetary terms of a resolution in this civil action.[1] *See, e.g., SEC v. Rajaratnam*, 822 F. Supp. 2d 432, 434 (S.D.N.Y. 2011) ("The amount of any financial penalty in any parallel criminal action may also be relevant" to the amount of penalties in

---

[1] The SEC further notes that, even if the parties are not able to reach a settled resolution, discovery will likely be unnecessary, because the SEC would move for summary judgment given that Schessel has already been convicted of securities fraud on substantially the same facts alleged in the complaint here.  *Compare* ECF No. 1 (Complaint) *with United States v. Schessel*, No. 22-CR-374-ES, ECF No. 1 (Indictment); *see also SEC v. Cammarata*, 2023 WL 5644689, at *9 (E.D. Pa. Aug. 31, 2023) ("A criminal conviction conclusively establishes the defendant's civil liability as to those legal or factual issues that were resolved in the criminal proceeding."); *SEC v. LaGuardia*, 2023 WL 4266014, at *3-4 (S.D.N.Y. June 29, 2023) ("The Government bears a higher burden of proof in the criminal than in the civil context and consequently may rely on the collateral estoppel effect of a criminal conviction in the subsequent civil case.") (citation and quotation omitted).

The Honorable Jessica S. Allen
*SEC v. Schessel,* No. 22-cv-03287-ES-JSA (D.N.J.)

an SEC enforcement action). The United States takes no position on whether the stay should remain in place.

The SEC and Schessel further respectfully request that they file a joint status report on or before July 8, 2026 to update the Court on the status of Schessel's sentencing and the parties' settlement discussions.

The parties appreciate the Court's time and attention to this matter.

Respectfully submitted,

s/ James P. Connor
James P. Connor
U.S.SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC 20549
Tel: (202) 551-8394 (Connor)
ConnorJa@sec.gov
*Counsel for Plaintiff U.S. Securities and Exchange Commission*

s/ Douglas E. Grover
Douglas E. Grover
David J. Goldsmith
Schlam Stone and Dolan, LLP
26 Broadway, New York, NY 10004
Direct: (212) 612-0681
dgrover@schlamstone.com
*Counsel for Defendant Marc S. Schessel*

By: /s/
GEORGE BRANDLEY
Assistant United States Attorney
United States Attorney's Office District of
New Jersey
970 Broad Street
Newark, NJ 07102

Lorinda I. Laryea
Acting Chief, Fraud Section Criminal Division

2

The Honorable Jessica S. Allen
*SEC v. Schessel,* No. 22-cv-03287-ES-JSA (D.N.J.)


By: /s/
LUCY JENNINGS
Trial Attorney, Fraud Section
United States Department of Justice
1400 New York Ave. NW
*Counsel for Intervenor United States of America*